ANASTASIA McC. MALONEY, as Administratrix of the Estate of JOHN T. McCARTY, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 27499.)

BLANCHE STEVENS, as Administratrix of the Estate of ELEANOR A. K. GOKEY, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 27500.)

Argued February 21, 1947; decided April 11, 1947.

*Carl L. McMahon* and *Theodore A. Knapp* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Francis E. Dorsey, Wendell P. Brown, Arthur W. Mattson* and *Walter A. Fullerton* of counsel), for respondent.

Judgments affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.